UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73/134/196.127.,<br><br>Defendants. | Civil Action No. 18-cv-1192 (TSC) |

## ORDER OF DISMISSAL

In light of the Notice of Dismissal filed by the Plaintiff, ECF No. 7, this action is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date:  December 9, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge